UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BISSELL, on behalf of himself and all others similarly situated,<br><br>                        Plaintiffs,<br><br>                    -against-<br>UNITED COLLECTION BUREAU, INC.,<br>                        Defendant. | Case No. 1:18-cv-09575-VSB<br>**NOTICE OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
             December 3, 2018

                                                           Respectfully submitted,

                                                           By: /s/ Daniel Cohen
                                                          Daniel Cohen, Esq.
                                                          Cohen & Mizrahi LLP
                                                          300 Cadman Plaza W, 12th floor
                                                          Brooklyn, New York 11201
                                                          Phone: (929) 575-4175
                                                          Fax:    (929) 575-4195
                                                          Email: Dan@cml.legal
                                                          *Attorneys for Plaintiff*

The Clerk of Court is respectfully directed to close the case.

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK  12/4/2018
UNITED STATES DISTRICT JUDGE